ACCEPTED
03-15-00077-CV
8407721
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 12:10:34 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00077-CV

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 12:10:34 PM
JEFFREY D. KYLE
Clerk

GREGORY JOE WICKLINE,

APPELLANT – PLAINTIFF,

v.

BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; AND JAMES MICHAEL HOLDER,

APPELLEES – DEFENDANTS.

**Appeal from the 98th Judicial District Court of Travis County, Texas**
Cause No. D-1-GN-14-004391

## APPELLANT'S <u>AGREED</u> MOTION TO DISMISS APPEAL

Appellant – Plaintiff Gregory Joe Wickline files this agreed motion to dismiss this appeal, and in support thereof would respectfully show as follows:

There is no longer a controversy between the parties as to the issues presented by this appeal, and the parties agree this appeal should be dismissed. This Court has authority to grant this agreed motion to dismiss because there is no longer an issue in controversy.[1]  When the issues presented by an appeal have been

---

[1] *See Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012); *Tex. A&M Univ.-Kingsville v. Yarbrough*, 347 S.W.3d 289, 291 (Tex. 2011).

resolved and the appeal is moot, the Texas Supreme Court has held an appellate court is without jurisdiction to issue an opinion or render judgment because it would be purely advisory.[2] Because the parties agree there is no longer a controversy between them, this appeal is therefore moot and it must be dismissed.

WHEREFORE, PREMISES CONSIDERED, Mr. Wickline respectfully requests an order granting this agreed motion and dismissing this appeal, allocating costs to the party incurring the same, and for such other and further relief to which he may be justly entitled.

Dated: December 30, 2015

Respectfully submitted,

BECK REDDEN LLP

*/s/ David J. Beck*_____
David J. Beck
State Bar No. 00000070
dbeck@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Tel. (713) 951-3700
Fax (713) 951-3720

Karson K. Thompson
State Bar No. 24083966
kthompson@beckredden.com
Christopher Cowan
State Bar No. 24084975
ccowan@beckredden.com
BECK REDDEN LLP
515 Congress Avenue, Suite 1900
Austin, Texas 78701

---

[2] *Tex. Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993).

*Attorneys for Appellant – Plaintiff*
*Gregory Joe Wickline*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 29, 2015, I conferred with Counsel for Appellants by e-mail regarding the relief sought by this motion, and he indicated the motion is agreed.

*/s/ David J. Beck*_____
David J. Beck

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was delivered on December 30, 2015, in compliance with Rules 9.5(b) of the Texas Rules of Appellate Procedure, to the parties listed and in the manner indicated below.

| | |
|---|---|
| Sean E. Breen | ✓ Electronic service |
| sbreen@howrybreen.com | □ In person |
| Randy R. Howry | □ Registered mail, return receipt requested |
| rhowry@howrybreen.com | □ Commercial delivery service |
| James Hatchitt | □ Facsimile |
| jhatchitt@howrybreen.com | ✓ Electronic mail |
| HOWRY BREEN & HERMAN, LLP | |
| 1900 Pearl Street | |
| Austin, Texas 78705-5408 | |
| Telephone:  (512) 474-7300 | |
| Facsimile:  (512) 474-8557 | |

*Attorneys for Appellees – Defendants*
*Board of Regents for the Oklahoma*
*Agricultural and Mechanical*
*Colleges and James Michael Holder*

*/s/ David J. Beck*_____
David J. Beck